IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GALE WOERMAN, Special Administrator of the Estate of Paul Woerman, Deceased, | ) ) ) ) | Case No. 4:13CV3126 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| SSC WEST POINT OPERATING COMPANY, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement through mediation, sent to the court by Dean Sitzmann, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **January 27, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: December 27, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge