IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALE WOERMAN, SPECIAL ADMINISTRATOR OF THE ESTATE OF RALPH WOERMAN, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>SSC WEST POINT OPERATING COMPANY, LLC d/b/a WEST POINT LIVING CENTER, A Skilled Nursing Facility, SAVA SENIORCARE LLC d/b/a WEST POINT LIVING CENTER, and JOHN DOES 1-10.<br><br>    Defendants. | CASE NO. 4:13-cv-3126<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER is presented to the court in accordance with a Stipulation by all parties to dismiss this case, inclusive of all claims and causes of action in the Amended Complaint, with prejudice, each party to bear their own costs of suit; and the Court, being duly advised, finds and determines this case should be dismissed, with prejudice, and all parties shall pay their own costs of suit.

GALE WOERMAN, SPECIAL
ADMINISTRATOR OF THE
ESTATE OF RALPH WOERMAN,
       Plaintiff

By: _____
Shayla M. Reed, #21771
REED LAW OFFICES, PC, LLO
11414 West Center Road, Suite 136
Omaha, NE 68144
Tel: (402) 933-0588

SSC WEST POINT OPERATING
COMPANY, LLC d/b/a WEST POINT
LIVING CENTER,
       Defendant

By: _____
Dean J. Sitzmann, #17224
Krista M. Carlson, #23905
WOLFE, SNOWDEN, HURD,
 LUERS & AHL, LLP
800 Wells Fargo Center
1248 O Street
Lincoln, NE 68508-1424
Tel: (402) 474-1507