## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALE WOERMAN, Special Administrator of the Estate of Ralph Woerman, Deceased,<br><br>                Plaintiff,<br><br>    vs.<br><br>SSC WEST POINT OPERATING COMPANY, LLC d/b/a WEST POINT LIVING CENTER, A Skilled Nursing Facility, and JOHN DOES 1-10,<br><br>                Defendants. | 4:13CV3126<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice (Filing No. 29). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that the dismissal should be approved and that this matter, including all claims and causes of action in the Amended Complaint, should be dismissed with prejudice. The Parties will pay their own costs and attorney's fees.  Accordingly,

    IT IS ORDERED:

    1.    The Stipulation for Dismissal with Prejudice (Filing No. 29) is approved;

    2.    The above-captioned matter is dismissed with prejudice; and

    3.    The Parties will pay their own costs and attorney's fees.

Dated this 1st day of April, 2014.

                                                      BY THE COURT:

                                                      s/Laurie Smith Camp
                                                      Chief United States District Judge